IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 NOV 22 PM 3:22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.   No. 2:05cr20223

KYLE HENSON

## ORDER GRANTING MOTION TO CONTINUE

This cause came on to be heard upon the Motion to Continue filed by Counsel for Defendant, Blake D. Ballin. It appearing to the Court that the Motion is well taken and should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, by this Court that the Defendant's Report Date of November 23, 2005 is hereby continued to the 20th day of December, 2005 at 9:00 o'clock (a.m./p.m.). That time is excluded under the Speedy Trial Act.

_____
JUDGE
Nov. 21, 2005
DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-22-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:05-CR-20223 was distributed by fax, mail, or direct printing on November 22, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT